IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| SALVADOR YANEZ RUIZ, #35269-177 | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 4:12cv697 |
| | | CRIM. ACTION NO. 4:07cr42 |
| | | |
| UNITED STATES OF AMERICA | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush who issued a Report and Recommendation concluding that the motion to vacate, set aside, or correct sentence should be denied as moot and dismissed without prejudice. Movant has filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. This court granted an out-of-time appeal in Movant's other case filed pursuant to § 2255, Civil Action Number 4:09cv172. In his out-of-time appeal, Movant may raise any issues concerning his conviction in Criminal Action No. 4:07cr42 for the Fifth Circuit Court of Appeal's consideration. It is accordingly

**ORDERED** that the motion to vacate, set aside, or correct sentence is **DENIED** and Movant's case is **DISMISSED** without prejudice. Finally, it is

1

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 18th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE